

NUMBER 13-12-00018-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A. S. A., A. A., AND V. D. C., MINOR CHILDREN

On Appeal from the County Court at Law No. 5
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

The parties to this appeal have filed an "Agreed Motion to Enter Agreement to Render Judgment" pursuant to 42.1(a)(2)(B) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties request that the judgment of July 14, 2011, and September 23, 2011 be reversed and the matter remanded to the trial court for a new trial. They so request because the Texas Department of Family and Protective Services (Department) agrees that appellant was denied her most significant

due-process right—the right to be heard at a meaningful time and in a meaningful manner and to call and cross-examine witnesses.

We GRANT the motion and REVERSE the trial court's judgment of July 14, 2011, and September 23, 2011, without regards to the merits, maintaining all prior orders appointing the Department as temporary managing conservator of the children, and REMAND this case to the trial court for a new trial in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").


PER CURIAM

Delivered and filed
19th day of July, 2012.